# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **KING TIRE LLC,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY** | CASE NO: 22-1115-STA-jay |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING DEFENDANT'S MOTION TO DISMISS AS A SANCTION WITHOUT PREJUDICE** entered on June 27, 2023, this cause is hereby **DISMISSED without prejudice.**

APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 6/28/2023**

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By)   Deputy Clerk